

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

Nos. 04-17-00366-CR & 04-17-00367-CR

Roger Trudell **DAVIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2015CR3461 & 2015CR6145
Honorable Steve Hilbig, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgments of conviction are AFFIRMED.

SIGNED August 8, 2018.

_____
Luz Elena D. Chapa, Justice